# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. QUEEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 5:15-CV-01430 (VEB)<br><br>AMENDED JUDGMENT |

For the reasons set forth in the accompanying decisions, it is hereby DECREED THAT (1) Plaintiff's request for an order remanding this case for further proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor

1 and this case is REMANDED for further proceedings consistent with the Decisions
2 and Orders of this Court; and (4) this case is CLOSED without prejudice to a timely
3 application for attorneys' fees and costs.

5 DATED this 12th day of December, 2016

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE